| Return | | |
|---|---|---|
| Case No.: 4:18mj00051 | Date and time warrant executed: 3-16-2018 10:12 | Copy of warrant and inventory left with: Facebook |
| Inventory made in the presence of: Devin M. Taylor | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Digital Data and Digital Files

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 23 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/23/2018

_Executing officer's signature_

Devin M. Taylor FBI Task Force Officer

_Printed name and title_

Received in chambers on 4/23/18.
[signature], USMJ